## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: HAROLD GREENE, JR.          §          Case No. 09-75150
    GRISELDA C. GREENE          §
                          §
       Debtors          §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/19/2009.

2) The plan was confirmed on 03/05/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 08/29/2012.

6) Number of months from filing or conversion to last payment: 33.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $37,675.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 51,300.00 | |
| Less amount refunded to debtor | $ 750.00 | |
| **NET RECEIPTS** | | $ 50,550.00 |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,050.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 2,972.57 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 5,022.57 |

Attorney fees paid and disclosed by debtor:       $ 1,450.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 2,050.00 | 0.00 |
| SANTANDER CONSUMER USA | Sec | 8,375.00 | 10,868.83 | 8,375.00 | 8,375.00 | 469.48 |
| SANTANDER CONSUMER USA | Uns | 1,927.00 | 0.00 | 2,493.83 | 1,302.91 | 0.00 |
| FEDERAL RESOURCE | Sec | 8,500.00 | 9,215.42 | 0.00 | 0.00 | 0.00 |
| GMAC MORTGAGE | Sec | 2,051.00 | 2,051.95 | 1,549.58 | 1,549.58 | 0.00 |
| WELLS FARGO BANK NA/WELLS | Sec | 6,910.00 | 5,697.31 | 5,605.24 | 5,605.24 | 379.84 |
| WELLS FARGO BANK NA/WELLS | Uns | 0.00 | 0.00 | 92.07 | 48.10 | 0.00 |
| HEIGHTS FINANCE CORP | Sec | 2,000.00 | 874.58 | 874.58 | 874.58 | 16.59 |
| AMERICAN COLLECTIONS & | Uns | 117.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN CREDIT BUREAU INC | Uns | 471.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| BANK OF NEW YORK | Uns | 4,800.00 | NA | NA | 0.00 | 0.00 |
| BANK OF NEW YORK | Uns | 3,603.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Uns | 157.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Uns | 293.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Uns | 99.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Uns | 457.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT | Uns | 1,600.00 | 1,715.40 | 1,715.40 | 896.21 | 0.00 |
| COMCAST | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERV | Uns | 995.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 800.00 | 426.55 | 426.55 | 222.85 | 0.00 |
| FIRSTSOURCE HC ADVANTAGE | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE HC ADVANTAGE | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE HC ADVANTAGE | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE HC ADVANTAGE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE HC ADVANTAGE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE HC ADVANTAGE | Uns | 81.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE HC ADVANTAGE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE HC ADVANTAGE | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE HC ADVANTAGE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE HC ADVANTAGE | Uns | 117.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE HC ADVANTAGE | Uns | 76.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE HC ADVANTAGE | Uns | 243.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL CARE | Uns | 1,900.00 | NA | NA | 0.00 | 0.00 |
| GULF COAST COLLECTIONS | Uns | 515.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION | Uns | 132.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICES | Uns | 1,124.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Uns | 3,200.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 6,200.00 | 26,514.90 | 26,514.90 | 13,852.76 | 0.00 |
| IDAPP | Uns | 2,100.00 | NA | NA | 0.00 | 0.00 |
| IDAPP | Uns | 2,225.00 | NA | NA | 0.00 | 0.00 |
| IDAPP | Uns | 5,725.00 | NA | NA | 0.00 | 0.00 |
| IDAPP | Uns | 6,650.00 | NA | NA | 0.00 | 0.00 |
| IDAPP | Uns | 6,625.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICES | Uns | 1,132.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Uns | 433.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 50.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ISLAND LAKE POLICE | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Uns | 144.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING | Uns | 239.00 | NA | NA | 0.00 | 0.00 |
| LITTLE LOAN SHOPPE AMERICA & | Uns | 400.00 | 0.00 | 718.23 | 641.60 | 0.00 |
| MCI | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Uns | 684.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Uns | 342.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Uns | 341.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Uns | 382.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEM | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEM | Uns | 168.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEM | Uns | 128.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEM | Uns | 405.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEM | Uns | 52.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN MORAINE | Uns | 1,500.00 | 1,327.57 | 1,327.57 | 693.59 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NORTHWEST COLLECTORS | Uns | 172.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Uns | 806.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Uns | 1,158.00 | NA | NA | 0.00 | 0.00 |
| SENEX SERVICES CORP | Uns | 68.00 | 643.89 | 643.89 | 336.40 | 0.00 |
| SPRINT | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS INC | Uns | 2,320.00 | 2,705.17 | 2,705.17 | 1,413.32 | 0.00 |
| UNITED CASH LOANS | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 668.81 | 668.81 | 349.42 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 0.00 | 398.86 | 398.86 | 208.39 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 0.00 | 445.90 | 445.90 | 232.96 | 0.00 |
| ECMC | Uns | 0.00 | 7,605.09 | 7,605.09 | 3,973.29 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 0.00 | 5,992.63 | 5,992.63 | 3,130.86 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 869.40 | 869.40 | 454.22 | 0.00 |
| PYOD LLC | Uns | 0.00 | 957.49 | 957.49 | 500.24 | 0.00 |

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 13,980.24 | $ 13,980.24 | $ 849.32 |
| All Other Secured | $ 2,424.16 | $ 2,424.16 | $ 16.59 |
| **TOTAL SECURED:** | $ 16,404.40 | $ 16,404.40 | $ 865.91 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 53,575.79 | $ 28,257.12 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 5,022.57 |
| Disbursements to Creditors | $ 45,527.43 |
| | |
| **TOTAL DISBURSEMENTS:** | $ 50,550.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  09/25/2012                    By:  /s/ Lydia S. Meyer
                                          Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)